ROBERT HYNES, an Infant, by His Guardian ad Litem, EDMUND HYNES, and EDMUND HYNES, Appellants, v. MICHAEL J. OLIVERA, Respondent.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

HERMAN KLEIN, Appellant, v. BETTY KLEIN, Respondent.— Order, so far as appealed from, unanimously modified by reducing the amount of alimony to the sum of sixty dollars per week and counsel fee to the sum of $350, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

LENA ANSELMO and GIOVANNI ANSELMO, Respondents, v. CAROLINA CILENTO and Others, Appellants, Impleaded with Another, Defendant.— Order entered April 23rd, 1940, reversed, without costs, and motion of defendants-appellants to serve an amended answer granted. Appeal from order entered April 26th, 1940, dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; Dore, J., dissents and votes to affirm.

In the Matter of Proceedings Supplementary to Judgment: OLGA SMECK, Judgment Creditor, Respondent, v. ROY SMECK, Judgment Debtor, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of JEAN J. BOYLE, as Committee of the Person and Property of JESSE S. BOYLE, an Incompetent Person, Petitioner, Appellant, for an Order under Article 78 of the Civil Practice Act against JOHN J. MCELLIGOTT, as Fire Chief and Commissioner of the Fire Department of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of WILLIAM F. LOHMAN, Petitioner, Appellant, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York and as Treasurer and Trustee of the Police Pension Fund of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

RAY ZENN, Respondent, v. MARTIN SELIG, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of HARRY L. BAKER, as Stockholder in TUBULAR TEXTILE MACHINERY CORPORATION, Petitioner, Respondent, for an Order against SAMUEL COHN and MORTIMER COHN, as Officers and Directors of Tubular Textile Machinery Corporation, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

JOSEPH DOMBER, as Administrator, etc., of NATHAN DOMBER, Deceased, Appellant, v. DENIS SOLOMON, Also Known as DARIUS SOLOMON, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

CAROLINE S. BONNELL, Respondent, v. GEORGE P. P. BONNELL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.